UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:17CR00122-001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| DAVIAN WARREN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The parties are placed on notice that the Court has reviewed, and may rely upon, the News 5 Cleveland October 2019 article entitled "Cleveland crime data shows the progress, challenges that city, community leaders face" (Exhibit A, attached) and the associated public records captioned Cleveland Crime Analysis reports of Felonious Assault with a Firearm for the years 2016 (Exhibit B, attached), 2017 (Exhibit C, attached), 2018 (Exhibit D, attached), and 2019 (Exhibit E, attached). For convenience, the Court has attached a copy of each document to this Order. It is the Court's intention to rely upon the information contained in these documents that is relevant to the offense of conviction herein.

This Court further gives notice of a possible upward variance as it relates to Defendant based upon the following 18 U.S.C. § 3553(a) factors:

1. The nature and circumstances of the offense.

2. The history and characteristics of the defendant, including his criminal history.

3. The need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant.

IT IS SO ORDERED.

November 15, 2019 /s/ *John R. Adams*
Date Judge John R. Adams
United States District Court